WALTER T. SMITH, Appellant, v. GEORGE A. FULLER COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of HANNAH M. LYDIG, Deceased.*— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KUHN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BALBOA REALTY COMPANY, INC., Appellant, v. BRENGLASS REALTY CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [147 Misc. 602.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM LEON, Appellant.†— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HARRY BRILL, Respondent, v. JAMES S. CLIFFORD, SR., Defendant, Impleaded with FIFTY-SECOND STREET OPERATING CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs, on the ground that there was sufficient pleaded to show an express agreement by defendant Clifford to employ this plaintiff. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Sherman, J., dissents.

JOHN JACKSON, Respondent, v. CLARENCE E. BONNER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of THE CITY OF NEW YORK, etc., Relative to Acquiring Title to Certain Real Property Located Generally Along Houston Street between Sixth Avenue (Extension) and Elizabeth Street, in the Borough of Manhattan, City of New York, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse the decree so far as appealed from and remit the matter to the justice at Special Term to .determine the value of appellant's claim.

ABRAHAM GOLDFARB, Appellant, v. FISHEL MINTZ and Others, Defendants Impleaded with SAMUEL TAXIN, Respondent. EMPIRE COMMERCIAL CORPORATION, Appellant, v. FISHEL MINTZ and Others, Defendants, Impleaded with SAMUEL TAXIN, Respondent. ABRAHAM GOLDFARB, Appellant, v. FISHEL MINTZ and Others, Defendants, Impleaded with SAMUEL TAXIN, Respondent.— Determination affirmed, with costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALLEN & HILLS, INC., Respondent, v. INTERNATIONAL PAD CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EMPIRE CARPET CORPORATION, Respondent, v. MANUFACTURERS TRUST COMPANY and MINNIE BLOOMFIELD, as Executors, etc., of JULIUS BLOOMFIELD,

---

* See 262 N. Y. 408.        † Revd., 262 N. Y. 664.